**Roger Lee DEAL, Sr., Plaintiff–Appellant,**

v.

**Dr. OWENS;  Dr. Sami Hassen, Defendants–Appellees,**

and

**Dr. Kenneth Price, Jr.;  Head Director Utilization Review Board, Defendants.**

No. 12–6595.

United States Court of Appeals, Fourth Circuit.

Submitted:  Sept. 27, 2012.

Decided:  Oct. 1, 2012.

Roger Lee Deal, Sr., Appellant Pro Se.

Before MOTZ, DAVIS, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Roger Lee Deal, Sr., appeals the district court's order dismissing without prejudice his 42 U.S.C. § 1983 (2006) complaint for failure to exhaust administrative remedies. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Deal v. Owens*, No. 5:11–ct–03055–D (E.D.N.C. Mar. 27, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*